**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1209**

LOUISE BIGGERS,

Plaintiff – Appellant,

v.

JOHN G. STUMPF, doing business as Chairman, President and
CEO, Wells Fargo Bank, N.A.; SAMUEL I. WHITE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  John A. Gibney, Jr.,
District Judge.  (3:15-cv-00682-JAG)

Submitted:  June 30, 2016        Decided:  October 3, 2016

Before KING and SHEDD, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Dismissed by unpublished per curiam opinion.

Louise Biggers, Appellant Pro Se.  Terry Catherine Frank,
KAUFMAN & CANOLES, PC, Richmond, Virginia; Christy Lee Murphy,
Hunter Wilmer Sims, Jr., KAUFMAN & CANOLES, PC, Norfolk,
Virginia; Benjamin Alexander Wills, KAUFMAN & CANOLES, PC,
Newport News, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louise Biggers appeals the district court's order dismissing her complaint seeking to enjoin the foreclosure of her home. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Biggers v. Stumpf, No. 3:15-cv-00682-JAG (E.D. Va. Feb. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED